IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00483-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LUIS ANGEL VEGA,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant's Unopposed Motion to Continue Trial and Extend Motions Filing Deadline [Docket No. 14] and Unopposed Motion for Protective Order [Docket No. 15].  It is

    ORDERED that a hearing on the motions [Docket Nos. 14 and 15] is set for **January 14, 2010 at 3:30 p.m.**  It is further

    ORDERED that the motions filing deadline is VACATED.

    DATED January 8, 2010.