# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 14, 2010 |
| Court Reporter: Janet Coppock | Time: 23 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 09-CR-00483-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kurt Bohn |
| Plaintiff, | |
| vs. | |
| **LUIS ANGEL VEGA,** | Brian Leedy |
| Defendant. | |

## MOTIONS HEARING

**3:34 p.m.**   **COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on in custody.

**Defendant's Unopposed Motion to Continue Trial and Extend Motions Filing Deadlines (Doc #14), filed 1/7/10.**

**3:35 p.m.**   Comments by Mr. Leedy in support of defendant's motion.  Questions by the Court.

**3:39 p.m.**   Comments by Mr. Bohn.

Page Two
09-CR-00483-PAB
January 14, 2010

Discussion regarding time needed to be prepared to proceed.

Mr. Leedy advises that the defendant understands and concurs with a continuance.

Court concludes that the ends of justice served by excluding **75 days from today** from the speedy trial calculations outweigh the best interest of the public and the defendant in a speedy trial and to require defendant to go to trial within the established speedy trial deadline would be unreasonable, taking into account due diligence.

**ORDERED:** Defendant's Unopposed Motion to Continue Trial and Extend Motions Filing Deadlines (Doc #14), filed 1/7/10 is **GRANTED.**

**ORDERED:** Trial scheduled for January 25, 2010 at 8:00 a.m. is **VACATED** and reset to **April 5, 2010 at 8:00 a.m.** Trial preparation conference scheduled for January 20, 2010 at 4:15 p.m. is **VACATED** and reset to **April 2, 2010 at 8:00 a.m.**

**ORDERED:** Motions deadline is extended to **February 16, 2010.** Government's responses are due **February 23, 2010.**

**ORDERED:** Defendant's Unopposed Motion for Protective Order (Doc #15), filed 1/7/10 is **GRANTED**, as stated on the record.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**3:57 p.m.    COURT IN RECESS**

**Total in court time:        23 minutes**

**Hearing concluded**