IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00483-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS ANGEL VEGA,

    Defendant.
_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a motions hearing is set for **May 7, 2010 at 9:00 a.m.** The motions hearing set for May 19, 2010 at 8:30 a.m. also remains on the Court's calendar.

    DATED April 14, 2010.