IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00483-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS ANGEL VEGA,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    Due to a conflict in the Court's calendar, it is

    ORDERED that the motions hearing previously set for **May 19, 2010 at 8:30 a.m.** is VACATED and RESCHEDULED for **May 18, 2010 at 1:30 p.m.**

    DATED April 26, 2010.