IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00483-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS ANGEL VEGA,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the change of plea hearing is RESET for **June 24, 2010 at 2:30 p.m.** It is further

    ORDERED that the trial set for **June 7, 2010 at 8:00 a.m.** is VACATED.

    DATED June 1, 2010.