IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00483-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS ANGEL VEGA,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is **ORDERED** that the change of plea hearing is RESET for **October 5, 2010 at 1:00 pm.**

    DATED June 28, 2010.