IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00483-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LUIS ANGEL VEGA,

      Defendant.

_____

### ORDER

_____

      This matter is before the Court on the government's Motion to Dismiss Counts 10 and 11 of the Indictment [Docket No. 52].  The Court has reviewed the pleading and is fully advised in the premises.  It is

      ORDERED that the motion [Docket No. 52] is granted.  Counts 10 and 11 of the indictment are dismissed.

      DATED January __7__, 2011.

                    BY THE COURT:

                    _____
                    PHILIP A. BRIMMER
                    United States District Judge